FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 18 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 1:10-CR-512-JEC |
| CASITA QWANET WASHINGTON, | : | |
| DEFENDANT. | : | |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY[1]

The Defendant, Casita Qwanet Washington, by consent, has appeared before me and has entered a plea of guilty to **COUNTS THREE AND FOUR** of the indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

DATED this _18_ day of _March_, 2011.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Failure to file written objections to this Report and Recommendation within *FOURTEEN (14) days* after service of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).