FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 21 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CASITA QWANET WASHINGTON,

Defendant.

CRIMINAL CASE NO.

1:10-CR-512-04-JEC

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [53] recommending accepting defendant's plea of guilty tendered on March 18, 2011. No objections to the Report and Recommendation [25] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [53] and **ACCEPTS** the defendant's plea of guilty as to Counts Three and Four of the Indictment. The sentencing date will be set after final disposition of the remaining defendants.

SO ORDERED this 21 day of APRIL, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE